UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

SPRAYLAT INTERNATIONAL, LTD.,           CASE NO. 0:20-CV-60079-RS
a U.K. Limited Partnership

              Plaintiff,
v.

JAN J. SMITH, an individual;
HENRYGLEN, LLC, a Florida limited
liability company; and ARMOR GUARD
PROTECTIVE COATINGS, INC., a
Florida corporation,

              Defendants.
_____/

## MEDIATOR'S REPORT

The Parties, Plaintiff, Spraylat International, Ltd. ("Spraylat"), and Defendants, Jan Smith ("Smith") Armor Guard Protective Coatings, Inc. ("Armor Guard") and HenryGlen, LLC ("HenryGlen") (collectively, "Defendants"), attended a mediation on Thursday, October 8, 2020 with the undersigned mediator.

During mediation, the Parties agreed upon the framework that will allow them to explore a possible business solution to the present dispute.  In order to afford the Parties sufficient time to negotiate the business solution, the Parties agreed to effectively stay this litigation, including all deadlines, for a period of 90 days.  Although the Parties did not settle the case at mediation, the framework to which the Parties agreed represents a substantial step toward a resolution of the present dispute, and a positive sign that the Parties may be able to achieve a resolution of this dispute without consuming additional Court resources.

Given the significant progress made at mediation, the undersigned mediator agreed to suspend mediation, and to remain available to the parties as a mediator to help resolve any issues that may come up in the course of the Parties' further negotiations.

In connection with the agreed upon framework, the Parties will be submitting to the Court a joint request to stay this action, including all deadlines, for a period of ninety (90) days. The undersigned mediator respectfully recommends that the Court grant the requested stay so that the Parties may work to resolve this dispute.

Respectfully submitted,

By:   s/ Russell Beck
_____
Russell Beck, Mediator
E-mail: RBeck@beckreed.com
Beck Reed Riden LLP
155 Federal Street, Suite 1302
Boston, MA 02110
Telephone: 617-500-8670