IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO. 20-cv-60079-SMITH/VALLE

SPRAYLAT INTERNATIONAL, LTD,
a U.K. Limited Partnership,

     Plaintiff,

v.

JAN J. SMITH, an individual; HENRYGLEN, LLC, a Florida limited liability company; and ARMOR GUARD PROTECTIVE COATINGS, INC., a Florida corporation;

     Defendant.
_____/

## JOINT STATUS REPORT REGARDING THE STATUS OF THE PARTIES' SETTLEMENT NEGOTIATIONS

Plaintiff Spraylat International, Ltd. ("*Spraylat*") and Defendants Jan J. Smith ("*Smith*"), HenryGlen, LLC ("*HenryGlen*"), and Armor Guard Protective Coatings, Inc. ("*AG*" or "*Armor Guard*") (collectively, the "*Parties*"), pursuant to the Court's Order Requiring Status Report [ECF No. 61], submit this Joint Status Report. The Parties are working together cooperatively to address complex settlement issues, which involve international parties, as well as non-parties, to achieve a global resolution. The Parties anticipate that this process will take approximately 60 days. The Parties greatly appreciate the Court's patience in this regard.

[Remainder of Page Intentionally Left Blank. Next Page Is Signature Page.]

1

Dated: May 5, 2021.

Respectfully submitted,

*/s/Eric W. Ostroff*
Eric W. Ostroff, Esquire
Fla. Bar No. 10130
eostroff@melandbudwick.com
Utibe I. Ikpe, Esquire
Fla Bar No. 90301
uikpe@melandbudwick.com
MELAND BUDWICK, P.A.
3200 Southeast Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 358-6363
Facsimile: (305) 358-1221

*Attorneys for Spraylat International, Ltd.*

*/s/James A. Gale*
James A. Gale, Esquire
Fla. Bar No. 371726
jgale@cozen.com
Samuel A. Lewis, Esquire
Fla. Bar No. 55360
slewis@cozen.com
David M. Stahl, Esquire
Fla. Bar No. 84713
dstahl@cozen.com
COZEN O'CONNOR
3000 Southeast Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 358-5001

*Attorneys for Jan N. Smith & Armor Guard Protective Coatings, Inc.*

*/s/Robert P. Frankel*
Robert P. Frankel, Esquire
Fla. Bar No. 304786
Robert@frankelpa.com
LAW OFFICES OF ROBERT P. FRANKEL, P.A.
1000 S. Pine Island Road
Suite 410
Plantation, Florida 33324
Telephone: (305) 358-5690
Facsimile: (305) 907-5901

*Attorney for HenryGlen, LLC*