UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-60079-CIV-SMITH

SPRAYLAT INTERNATIONAL, LTD.

       Plaintiff,

v.

JAN J. SMITH, *et al.*.

       Defendants.
_____/

**FINAL ORDER OF DISMISSAL WITH PREJUDICE**

This matter is before the Court on the Parties' Joint Stipulation of Dismissal With Prejudice [DE 63]. Upon consideration, it is

**ORDERED** that:

1. This matter is **DISMISSED with prejudice**.

2. Each party shall bear its own attorney's fees and costs.

3. All pending motions are **DENIED as moot**.

4. This case is **CLOSED.**

DONE AND ORDERED in Fort Lauderdale, Florida, this 29th day of July 2021.

                                            RODNEY SMITH
                                            UNITED STATES DISTRICT JUDGE

cc Counsel of record